# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN MCGINNIS, et al.,

    Plaintiffs,

v.                                                                             CASE NO: 8:08-cv-1549-T-26EAJ

METROPOLITAN CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Unopposed Motion to Extend Case Management and Scheduling Order Deadlines by Forty-Five Days (Dkt. 16) is granted but only to the extent that the discovery cut-off date is extended until July 30, 2009, and the dispositive motion filing deadline is extended until August 15, 2009. All other deadlines, as well as the scheduled pretrial conference and trial dates, shall remain the same.

**DONE AND ORDERED** at Tampa, Florida, on April 3, 2009.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record